APPLE INC., Appellant,

v.

INTERNATIONAL TRADE COMMISSION,
Appellee,

and

Eastman Kodak Company, Intervenor.

No. 2011–1592.

United States Court of Appeals,
Federal Circuit.

July 23, 2012.

Brian Ferguson, Weil, Gotshal & Manges, LLP, of Washington, DC, argued for appellant.

Panyin A. Hughes, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were James M. Lyons, General Counsel, and Michelle W. Klancnik, Acting Assistant General Counsel.

Alan L. Barry, K & L Gates LLP, of Chicago, IL, argued for intervenor. With

him on the brief were Michael J. Abernathy, Jason A. Engel and Benjamin E. Weed; and Michael J. Bettinger, of San Francisco, CA; and Eric C. Rusnak, of Washington, DC.

(NEWMAN, O'MALLEY and WALLACH, Circuit Judges).

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.